IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03027-RPM-BNB

MAIZIE JONES,

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [27] filed September 8, 2011, it is

ORDERED that this action is dismissed with prejudice and without costs to any party.

DATED: September 9th, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge